UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
MAR 22 2017
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

IN THE MATTER OF THE SEARCH OF )
A BLACK COLORED LG, SMART CELLULAR )
TELEPHONE FURTHER IDENTIFIED )
BY FCC ID ZNFK330, MODEL LGMS330, )
AND SN 604VTLZ387560 )

CAUSE NO. 3:17-MJ-27 MPB

**APPEARANCE**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Lauren M. Wheatley, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel in the above referenced matter.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: ______________________________
Lauren Wheatley
Assistant United States Attorney